UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YEYSON PEREZ VELASQUEZ,

                Petitioner,

-against-

KRISTI NOEM, in her official capacity as Secretary, U.S. Department of Homeland Security; JUDITH ALMODOVAR, in her official capacity as Acting Field Office Director, New York City Field Office, U.S. Immigration & Customs Enforcement; PAMELA BONDI, in her official capacity as Attorney General, U.S. Department of Justice; PAUL ARTETA, in his official capacity as the Orange County, New York Sheriff,

                Respondents.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/15/2025

25 Civ. 10338 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court is in receipt of Petitioner's application for a writ of habeas corpus under 22 U.S.C. § 2241. *See* ECF No. 1. Petitioner's transfer or removal to any location outside of this District, the Eastern District of New York, or the District of New Jersey is ADMINISTRATIVELY STAYED pending further order of the Court.

    The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York of this Order. Counsel for Respondents shall promptly enter an appearance.

    SO ORDERED.

Dated: December 15, 2025
       New York, New York

                                          ANALISA TORRES
                                          United States District Judge