USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/16/2025_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YEYSON PEREZ VELASQUEZ,

                Petitioner,

-against-

KRISTI NOEM, in her official capacity as Secretary, U.S. Department of Homeland Security; JUDITH ALMODOVAR, in her official capacity as Acting Field Office Director, New York City Field Office, U.S. Immigration & Customs Enforcement; PAMELA BONDI, in her official capacity as Attorney General, U.S. Department of Justice; PAUL ARTETA, in his official capacity as the Orange County, New York Sheriff,

                Respondents.

25 Civ. 10338 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the government's letter filed on December 16, 2025. *See* ECF No. 6. By **December 18, 2025**, Petitioner shall file a letter addressing the following legal questions:

1. Whether the fact that an Immigration Judge stated at a bond hearing that "if he had jurisdiction to grant bond, he would grant Mr. Perez Velasquez a $6,000 bond" has any effect on the Court's authority to order Petitioner's immediate release. Pet. at ¶ 7, ECF No. 1.

2. Whether the Court has the authority to order the "enforce[ment of] the immigration judge's alternative $6,000 bond grant," Pet. at 26, given that the Bond Order, filed at ECF No. 1-4, does not contain a bond grant.

By **that same date**, Petitioner shall also submit an accurate transcription of Petitioner's bond hearing. *See* Pet. at ¶ 7 n.3. By **December 19, 2025**, the government shall file a response, likewise answering both of the above questions.

SO ORDERED.

Dated: December 16, 2025
      New York, New York

_____
ANALISA TORRES
United States District Judge